# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDRE ARCEMENT AND TAMMIE
ARCEMENT

VERSUS

LOUISIANA FARM BUREAU MUTUAL
INSURANCE COMPANY AND PERQUE
FLOOR COVERING, INC.

NO.  2024 CW 0889

DECEMBER 4, 2024

---

In Re:    Louisiana Farm Bureau Mutual Insurance Company, applying
          for supervisory writs, 23rd Judicial District Court,
          Parish of Assumption, No. 37993.

---

BEFORE:    WOLFE, MILLER, AND GREENE, JJ.

    WRIT DENIED.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT